Donald WALLACE;  Michael
Boockholdt, Plaintiffs—
Appellants,

v.

FEDERAL EMERGENCY MAN-
AGEMENT AGENCY, De-
fendant—Appellee.

No. 01–15675.

D.C. No. CV–99–01471–VRW.

United States Court of Appeals,
Ninth Circuit.

Submitted June 10, 2002.*

Decided June 17, 2002.

Before O'SCANNLAIN, BERZON, and
RAWLINSON, Circuit Judges.

MEMORANDUM**

Donald Wallace and Michael Boockholdt appeal the district court's summary judgment in favor of the Federal Emergency Management Agency. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Flick v. Liberty Mut. Fire Ins. Co.*, 205 F.3d 386, 390 (9th Cir.), *cert. denied*, 531 U.S. 927, 121 S.Ct. 305, 148

---

\* This panel unanimously finds this case suitable for decision without oral argument and denies appellants' request for oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

